UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JARROD WILSON | CIVIL ACTION NO. 17-0844 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE KAREN HAYES |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 5), noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's § 1983 complaint is **DENIED** and **DISMISSED** with prejudice under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 27th day of November, 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT